MN-305
(5/94)



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: John & Shiela Kelley                     Chapter 7 Case No. 05-90132

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Mountain Lake Utilities<br>930 3rd Ave, Mountain Lake MN 56159-0320 | 5 | $1,328.07 | $3.74 |
| Recovery Management Systems Corp.<br>25 SE 2nd Ave Ste 1120, Miami FL 33131 | 6 | $777.18 | $4.29 |
| Blonder Home Accents<br>PO Box 200206, Pittsburgh PA 15251-0206 | 8 | $393.48 | $2.17 |
| B&A Screen Printing<br>350 West Burnside Road, Monticello IL 61856 | 12 | $538.24 | $2.96 |
| Peterson Drug<br>1007 3rd Ave Mountain Lake MN 56159-1587 | 17 | $792.87 | $4.37 |
| Citibank (South Dakota NA)<br>4740 121st St Urbandale IA 50323-2402 | 20 | $412.50 | $2.28 |

Dated: September 1, 2010

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

RECEIVED
10 SEP -2 AM 11:19
U.S. BANKRUPTCY COURT
ST. PAUL, MN